FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 OCT 16 PM 3: 47
CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 107-052 |
| | ) | |
| DARRELL JAMES MCZILKEY | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motions to suppress, along with the request for a hearing on the motions, are **DENIED**.

SO ORDERED this 16th day of October, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE